**Dismiss and Opinion Filed May 24, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01305-CV**

**JOHNNY TAYLOR, Appellant**
**V.**
**TRAVELERS INSURANCE AND FARMERS INSURANCE CO., Appellees**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-10050**

## MEMORANDUM OPINION

Before Justices Nowell, Goldstein, and Breedlove
Opinion by Justice Breedlove

Appellant's brief in this case is overdue. By postcard dated April 5, 2023 we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1);

42.3(b), (c).


2201305f.p05

/Maricela Breedlove/
MARICELA BREEDLOVE
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHNNY TAYLOR, Appellant

No. 05-22-01305-CV          V.

TRAVELERS INSURANCE AND
FARMERS INSURANCE CO.,
Appellees

On Appeal from the 95th District
Court, Dallas County, Texas
Trial Court Cause No. DC-20-10050.
Opinion delivered by Justice
Breedlove. Justices Nowell and
Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 24th day of May, 2023.